# Court of Appeals, State of Michigan

## ORDER

Cassidy Rae Studio LLC v Michael Bock

Docket No. 345984

LC No. 17-005093-CB

Patrick M. Meter
Presiding Judge

Colleen A. O'Brien

Jonathan Tukel
Judges

The Court orders that the motion for reconsideration is GRANTED to the extent that Section E and footnote 4 of the opinion are rescinded. Through no fault of plaintiff's counsel, the panel did not utilize the complete brief submitted by plaintiff. However, after review of the complete brief, the Court's disposition is not altered. Thus, in all other respects, the motion for reconsideration is DENIED. To effectuate this ruling, this Court's opinion issued December 26, 2019 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 11 2020
Date

Chief Clerk